UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF EXTRADITION OF HADASSA HERMA JOZEFINE VAN BAAREN,<br>    a/k/a Esther Rubens,<br>    a/k/a Esther Egberink,<br>    a/k/a Hadassa Egberink,<br>    a/k/a Esther Van Baaren. | Misc. No. CR 15-90208 MEJ<br><br>~~(PROPOSED)~~ **ORDER THAT H.H.J. VAN BAAREN IS MEDICALLY FIT TO FLY; THAT A COMMON CARRIER SHOULD HONOR FLIGHT REQUESTS AND BOOKINGS FOR HER EXTRADITION; AND THAT SHE SHALL REMAIN IN CUSTODY UNTIL EXTRADITION IS COMPLETED OR UNTIL FURTHER HEARING BEFORE THIS COURT** |

On October 30, 2015, this Court held a hearing in this matter. The Court considered all medical records, letters, declarations, testimony, and information now and previously presented to this Court, including: the Declarations of Dr. Harold Orr signed April 6, 2015, and June 27, 2015, of his medical examination, evaluation, and assessment of H.H.J. Van Baaren ("Van Baaren") concluding that she is fit for custody and fit to fly; the evaluation and assessment of her by her cardiologist Dr. John Hunter, including his letter of September 9, 2015, concluding that Van Baaren is fit-to-fly with minor precautions including aspirin and compression socks; and the evaluation and assessment of her by her orthopedist Dr. Erik Hansen, including his letter of September 18, 2015, concluding that Van Baaren is fit-to-fly with minor precautions including allowing pain medication as needed and a seat that can recline.

The Court has also assessed the October 27, 2015, letter from Dr. Jana Fix recommending that Van Baaren not fly, which letter was just produced to the government and to this Court today. In light of the sworn testimony in this Court today of Dr. Harold Orr and the entire record before this Court, the

ORDER THAT VAN BAAREN IS FIT-TO-FLY
CR 15-90208 MEJ

1  Court does not find Dr. Fix's assessments and recommendations in her letter to be either accurate or
2  persuasive.  The Court believes, with the minor precautions as reflected in the letters of Dr. John Hunter
3  and Dr. Erik Hansen, that Van Baaren has been demonstrated to be able to fly safely.
4      ACCORDINGLY, the Court finds and orders as follows:
5      1.  Hadassa H.J. Van Baaren is medically fit to fly;
6      2.  Any common carrier, including United Airlines, should honor any existing booked flight
7  reservation, or any flight booking request that may be made, to accommodate the transportation of
8  Hadassa H.J. Van Baaren for purposes of extradition to the Netherlands; and
9      3.  Hadassa H.J. Van Baaren shall remain in custody until transportation under this Court's
10 previous order of extradition is carried out or until further order of this Court.
11     **IT IS SO ORDERED.**
12 Dated:  October 30, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge
Northern District of California

ORDER THAT VAN BAAREN IS FIT-TO-FLY
CR 15-90208 MEJ